# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00613-CV

---

**Deborah Blessing, Appellant**

**v.**

**Vivian Balderas, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 22CCV00925, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant Deborah Blessing has filed an emergency motion for temporary relief regarding the trial court's September 19, 2022 judgment awarding to Vivian Balderas possession of certain real property occupied by Blessing and amounts for unpaid rent and attorney's fees; setting an amount of supersedeas bond to be paid by September 29; and requiring Blessing to pay specified monthly amounts into the county court registry or be faced with issuance of a writ of possession without a hearing. *See* Tex. R. App. P. 24.1; *id.* R. 24.4(a)(4); *id.* R. 24.4(c). On September 22, Blessing filed a motion to modify supersedeas bond, which the trial court denied without hearing testimony. On September 27, Blessing filed a notice of appeal requesting this Court to review the terms of the supersedeas bond imposed by the trial court. *See id.* R. 24.4(a). On September 30, counsel for Balderas filed a request for writ of possession with the trial court.

Blessing asks this Court to issue a temporary order staying the issuance of a writ of possession and execution of such writ at least until such time as her appeal of the terms of the supersedeas bond can be considered. We grant the motion and temporarily stay the trial court's issuance of a writ of possession and suspend any execution of such writ already issued, pending further order of this Court. *See id.* R. 24.4(c). The Court orders appellee to file a response to the emergency motion for temporary relief on or before October 7, 2022.

Before Justices Goodwin, Baker, and Kelly